UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
    In re Appointment of             :
                                             :               AMENDED
   MERIT SELECTION PANEL     :              ORDER M10-456
        FOLEY SQUARE           :              19 MISC 0049
                                             :
----------------------------------------------------x

       On January 30, 2019, the Board of Judges of the United States District Court for the Southern District of New York approved the appointment of a Merit Selection Panel, effective February 1, 2019 to consider the appointment of a full-time United States Magistrate Judge at New York, NY, consisting of the following members:

| | |
|---|---|
| Bettina Plevan, Esq. (Chair) | Ralph C. Dawson, Esq. |
| Corrine Ball, Esq. | Robert J. Giuffra, Jr., Esq. |
| Shireen Barday, Esq. | Joseph R. Guccione |
| Nissa Walton Booker | Gerald B. Lefcourt, P.C., Esq. |
| Susan Buckley, Esq. | Peter E. Quijano, Esq. |
| Richard J. Condon | Benito Romano, Esq. |
| Tai H. Park, Esq. | David Patton. Esq. |
| Richard J. Schaeffer, Esq. | |

       This panel is to review all applicants and recommend, within 120 days, in confidence, to the Magistrate Judges Committee of the Court the five persons it considers best qualified for the position.

                                                                    Colleen McMahon
                                                                      Chief Judge

Dated:    New York, New York
             February 6, 2019